PAUL F. DeMEESTER (SBN 148578)
SMITH & DeMEESTER
Attorneys at Law
1766A – 18th Street
San Francisco, California 94107
415.305.7280
415.861.2695 (fax)
e-mail: paulfdemeester@msn.com

Attorney for Defendant CASSANDRA B. NICKERSON

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0192 RS |
| Plaintiff, | |
| vs. | |
| CASSANDRA B. NICKERSON, | |
| Defendant. | |
|_____/ | |

**STIPULATION re BRIEFING SCHEDULE**

Both parties hereby stipulate that the appellate briefing schedule in the above-mentioned action, shall be as follows:

Appellant Nickerson to file her opening brief on or by July 16, 2012;

The Government to file a response brief on or by August 17, 2012;

_____
Stipulation re Briefing Schedule

Appellant Nickerson to file a reply brief on or by September 14, 2012.

DATED: April 23, 2012.

_____/s/_____ _____/s/_____
PAUL F. DeMEESTER      ACADIA L. SENESE
Attorney for Defendant     Special Assistant United States Attorney

SO ORDERED,    Dated: 5/7/12

_____
HON. RICHARD SEEBORG
U.S. DISTRICT COURT

_____
Stipulation re Briefing Schedule